IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC d/b/a
BALFOUR BEATTY COMMUNITIES,

    Plaintiff,

v.

SHANIKA BETTS,

    Defendant.

CV 116-212

**O R D E R**

Presently before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41. (Doc. 7.) Because Defendant has yet to answer the complaint or serve a motion for summary judgment, the voluntary dismissal is proper. The Court **ORDERS** the Clerk to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of February, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA